In the Matter of JACOB BEDNARSH et al., Appellants, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Submitted February 21, 1944; decided March 2, 1944.

*Saul Berger* for motion.

*Harold L. Herzstein* and *Andrew M. Lawler* for Ben Kassen and others, opposed.

*Ignatius M. Wilkinson, Corporation Counsel* (*Russell Lord Tarbox* and *Fred Iscol* of counsel), for Board of Elections of the City of New York, opposed.

Motion denied, without consideration of the questions of law which the appellants seek to present, on the ground that a motion for leave to appeal made at this time should as a matter of public policy be denied.